**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

October 9, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas 72701

RE: **HENDERSON, Carl**
Dkt. 3:07CR30002-001
**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of the pretrial supervision in the case. As you may recall, Henderson was allowed to remain on his existing $2,500 signature bond, by Your Honor, after pleading guilty to a one count Indictment for *Unlawfully Excavate, Remove, Damage, and Otherwise Alter and Deface Archeological Resources Located on a Designated Historic and Public Lands Known as the Buffalo National River*. The defendant was released on the conditions of travel restricted to the Western District of Arkansas, refrain from any use of alcohol, refrain from use or unlawful possession of a narcotic drug, submit to alcohol/drug testing and or treatment, and pretrial supervision.

On August 31, 2007, Park Ranger Jeff West notified me that Henderson was found to be disturbing an archeological site on the Buffalo National River and that they intended to cite Henderson. On September 20, 2007, contact was made with Henderson who denied digging at the archeological site. He advised he was only at the location to fish. On October 1, 2007, I received a copy of the citation (#P0343350) issued to Henderson for Digging or Disturbing an Archeological Resource. Copies of the citation and National Park Service report are attached for the Court's review. On October 9, 2007, contact was made with Henderson in regard to the citation, as he had not contacted this office since receiving it. Henderson again denied digging or "scraping around in the dirt" at the archeological site and stated he did not intend to plea guilty to the charge. As this time, a court date has not been set in Magistrate Court to address the citation.

Due to the fact the matter is still pending in Magistrate Court, it is respectfully recommended that no action be taken at this time, but rather allow Henderson to remain on bond pending completion of the writing of the presentence report and sentencing.

I will continue to monitor this case at the Court's direction. If further information is needed or required, please advise.

Sincerely,

Tobey L. Reely
U.S. Probation Officer

Reviewed by:

William E. Dunn Jr.
Supervising U.S. Probation Officer

_X_ Pursue Course of Action Stated

___ Submit Petition to Show Cause Why Bond Should Not be Revoked

___ Other _____

Honorable Jimm Larry Hendren          10/10/07
Chief U.S. District Judge              Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 1 0 2007
CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK